**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1340**

HOLLY JEAN NOLAN,

Plaintiff - Appellant,

v.

ROBERT WILKIE, Secretary for Department of Veteran Affairs; CHRIS SUNUNU, Governor of New Hampshire; PETER HUTCHINS, PLLC, Attorney; PHIL SCOTT, Governor of Vermont; BERNIE SANDERS, US Senator; JEANNE SHAHEEN, US Senator; PATRICK LEAHY, US Senator; COMMITTEE ON TEMPORARY SHELTER,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, District Judge.  (1:19-cv-00063-MR-WCM)

Submitted:  August 20, 2019                                        Decided:  August 22, 2019

Before FLOYD and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed and remanded by unpublished per curiam opinion.

Holly Jean Nolan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Holly Jean Nolan seeks to appeal the district court's order dismissing her 42 U.S.C. § 1983 (2012) complaint without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Because it is possible that Nolan could cure the defects in her complaint through amendment, the order she seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 623-25, 628-30 (4th Cir. 2015). Accordingly, we dismiss the appeal for lack of jurisdiction and remand the case to the district court with instructions to allow Nolan to file an amended complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED AND REMANDED*